UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| GINA CURRY, | ) | Case No: 3:19-cv-0381-RGJ-RSE |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge: Rebecca Grady Jennings |
| vs. | ) | |
| | ) | |
| NORTON HEALTHCARE, INC., | ) | Magistrate: Regina S. Edwards |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT AND REQUEST FOR
## 60-DAY ORDER OF DISMISSAL

NOW INTO COURT comes Plaintiff, Gina Curry, through undersigned counsel, who represents that the parties have reached an agreement upon settlement terms in the above-captioned matter. Plaintiff requests that the Court enter a sixty (60) day order of dismissal cancelling any currently pending deadlines and conferences. Once the settlement documents have been consummated, the parties will file a Stipulation of Dismissal within sixty (60) days of this request.

Dated, this the 10th day of July, 2020.

Respectfully Submitted,

By:/s/ Andrew D. Bizer
**BIZER & DEREUS, LLC**
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

**HICKS & FUNFSINN, PLLS**
Attorneys for Plaintiff
Joshua D. Hicks
Gregory M. Funfsinn
431 S. Broadway, Suite 331
Lexington, KY 40508
T: 859-286-5631
F: 859-787-0514
josh@hfkylawyers.com
greg@hfkylawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July 2020, a true and correct copy of the foregoing has been furnished by ECF filing to all counsel of record.

By: /s/ Andrew D. Bizer
ANDREW D. BIZER