UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| GINA CURRY, | ) | Case No: 3:19-cv-0381-RGJ-RSE |
| Plaintiff, | ) ) ) | Judge: Rebecca Grady Jennings |
| vs. | ) ) | |
| NORTON HEALTHCARE, INC., | ) ) ) | Magistrate: Regina S. Edwards |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against all of the Defendants without fees or costs to any party against any other, and that no party hereto is an infant or incompetent.

Dated, this the 21st day of August, 2020.

Respectfully Submitted,

By:/s/ Andrew D. Bizer
**BIZER & DEREUS, LLC**
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

**DENTONS BINGHAM GREENEBAUM LLP**
Attorneys for Defendant
Jared A. Cox
Aaron W. Marcus
101 S. Fifth Street, 3500 PNC Tower
Louisville, KY 40202
T: 502-589-4200
jared.cox@dentons.com
aaron.marcus@dentons.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August 2020, a true and correct copy of the foregoing has been furnished by ECF filing to all counsel of record.

By: /s/   Andrew D. Bizer
ANDREW D. BIZER